**FILED**

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

MAY 20 2015

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff - Appellee, <br><br> v. <br><br> JAMES ZANDER, <br><br> Defendant - Appellant. | No. 14-30178 <br><br> D.C. No. 4:13-cr-00081-BMM <br> District of Montana, <br> Great Falls <br><br> ORDER |

Before: Peter L. Shaw, Appellate Commissioner.

The court is in receipt of appellant's pro se motion to reconsider. Because appellant is represented by counsel, only counsel may submit filings, and this court therefore declines to entertain the submission.

On May 12, 2015 this court electronically served appellant motion on appointed counsel of record Steven T. Potts, Esq.

The previously established briefing schedule remains in effect.

The Clerk shall serve this order on appellant individually at Reg. No. 12908-046, Federal Correctional Institution, 9595 West Quincy Avenue, Littleton, Colorado 80123.

DV/AppComm Direct Criminal