IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
GREAT FALLS DIVISION



| | |
|---|---|
| UNITED STATES OF AMERICA, | CR 13–81–GF–DLC |
| Plaintiff, | |
| vs. | ORDER |
| JAMES CRAIG ZANDER, | |
| Defendant. | |

Defendant filed a Motion to Subpoena Witnesses and Records (Doc. 172) on January 25, 2018. Pursuant to L.R. 47.2(a), the United States would have 14 days to respond to Defendant's Motion. However, in light of the February 22, 2018, revocation hearing date, the Court will require the United States to adhere to an expedited briefing schedule. Accordingly,

IT IS ORDERED that the United States shall file its response to Defendant's Motion to Subpoena Witnesses and Records (Doc. 172) by the close of business January 31, 2018.

-1-

DATED this 25th day of January, 2018.

*Dana L. Christensen*
Dana L. Christensen, Chief Judge
United States District Court